UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00159 |
| | ) | JUDGE CAMPBELL |
| ANGELA CAMARDA | ) | |

ORDER

Pending before the Court is a letter from Defendant Angela Comarda (Docket No. 30) requesting information regarding this proceeding. The letter is REFERRED to the Magistrate Judge for determination of whether counsel should be appointed for Defendant Comarda.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE