UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00159 |
| | ) | JUDGE CAMPBELL |
| ANGELA CARMARDA and | ) | |
| CYNTHIA FAYE HEINZ | ) | |

ORDER

The change of plea hearings for Defendants Carmarda and Heinz remain scheduled for July 1, 2013, at 9:00 a.m., notwithstanding the contemporaneous Order continuing the trial to October 29, 2013. Any plea agreements shall be submitted for the Court to review by June 28, 2013.

IT IS SO ORDERED.

                                                                                                                                                               /s/ Todd Campbell

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE