UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00159 |
| | ) | JUDGE CAMPBELL |
| ANGELA CARMARDA | ) | |

### ORDER

Pending before the Court is a Motion to Continue Plea Date and in the Alternative Trial Date (Docket No. 59).

The plea hearing currently scheduled for July 1, 2013, is CANCELLED.

Any plea hearing will be held in accordance with the Order (Docket No. 52) entered on June 26, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE