UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00159 |
| ) | JUDGE CAMPBELL |
| CHAD EDWARD WARRICK, et al. ) | |

ORDER

Due to a criminal trial, the change of plea hearing and/or pretrial conference currently scheduled for October 18, 2013, is CONTINUED to October 25, 2013, at 4:30 p.m.

All deadlines remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE